BEFORE THE SECOND DIVISION, DECEMBER 12, 1940

**No. 44931.**—Protest 796805–G/84445 of Trans-Seas Shipping Co. (Chicago).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44932.**—Protest 826255–G of Butler Bros. (Baltimore).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44933.**—Protests 941469–G, etc., of Ades Bros., Inc., et al. (San Francisco).

Opinion by DALLINGER, J.   It was stipulated that the articles in question are not plated and are similar to those the subject of Abstracts 29991 and 44076. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44934.**—Protest 935414–G of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the tape measures and paperweights in question were held dutiable at 40 percent under paragraph 339 as claimed.   Abstract 43372 and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 44935.**—Protest 28105–K of S. P. Skinner Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of finished garden ornaments in the form of figures of animals and humans composed wholly of lead.   The protest was therefore sustained.